141 So. 920

**Jack EARNEST v. STATE.**

**6 Div. 162.**

Court of Appeals of Alabama.
May 10, 1932.

SAMFORD, J.
Appeal dismissed.

144 So. 921

**Silas EASON v. STATE.**

**5 Div. 892.**

Court of Appeals of Alabama.
Nov. 1, 1932.

BRICKEN, P. J.
Appeal dismissed.

139 So. 913

**Ed EAST v. STATE.**

**8 Div. 430.**

Court of Appeals of Alabama.
Feb. 2, 1932.

RICE, J.
Affirmed.

142 So. 921

**Emmett EAST v. STATE.**

**8 Div. 537.**

Court of Appeals of Alabama.
June 7, 1932.

BRICKEN, P. J.
Affirmed.

148 So. 917

**A. G. EATON v. STATE.**

**8 Div. 724.**

Court of Appeals of Alabama.
May 23, 1933.

SAMFORD, Judge.
Appeal dismissed.

139 So. 914

**Ed EDEN, alias, etc., v. STATE.**

**7 Div. 831.**

Court of Appeals of Alabama.
Jan. 19, 1932.

RICE, J.
Affirmed.
See, also, 24 Ala. App. 37, 129 So. 797.

145 So. 917

**J. L. EDWARDS v. CITY OF BIRMINGHAM.**

**6 Div. 367.**

Court of Appeals of Alabama.
Jan. 17, 1933.

SAMFORD, J.
Affirmed.

146 So. 919

**Henry EDWARDS v. STATE.**

**8 Div. 718.**

Court of Appeals of Alabama.
Feb. 28, 1933.

BRICKEN, Presiding Judge.
Affirmed.